# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA CARR** | * CIVIL ACTION NO.: 2:20-cv-2543 |
| **VERSUS** | * JUDGE: |
| **AXIS SURPLUS INSURANCE COMPANY AND PAT O'BRIEN'S BAR, INC.** | * MAGISTRATE JUDGE: |

\* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come the **defendants** in the above-entitled action, **AXIS Surplus Insurance Company** ("AXIS") and **Pat O'Brien's Bar, Inc.** ("Pat O'Brien's") (collectively, "Defendants"), who respectfully submit the following Notice of Removal of the Petition for Damages filed by the **plaintiff**, **Donna Carr** (hereinafter, "Plaintiff"), averring as follows:

## BACKGROUND

### I.

On July 29, 2020, the plaintiff, Donna Carr (the "Plaintiff"), filed a lawsuit captioned "*DONNA CARR VERSUS AXIS SURPLUS INSURANCE COMPANY AND PAT O'BRIEN'S BAR, INC.*", No. 2020-06317, Division "J-15"., in the Civil District Court for the Parish of Orleans, State of Louisiana. The suit seeks damages for Plaintiff's alleged injuries sustained from a purported trip and fall accident which occurred on September 11, 2019 at or around 718 St. Peters Street, in Orleans Parish, Louisiana.

II.

Plaintiff's state court action was filed July 29, 2020. As of the date of this filing, no defendants have been formally served with Plaintiff's Petition for Damages. Therefore, removal is timely under 28 U.S.C. § 1446(B)(1)-(3).

**BASIS OF REMOVAL**

III.

Defendants desire to exercise their rights under 28 U.S.C. § 1332, 1441, which provide federal district courts with original jurisdiction in cases where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, and where the parties are citizens of different states.

IV.

Based upon the allegations in the plaintiff's Petition for Damages, Donna Carr is a person of the full age of majority and a citizen and domiciled in of the State of Florida.

V.

AXIS is a foreign insurance company incorporated in the State of Delaware with its principal place of business in New Jersey.

VI.

Pat O'Brien's is domestic corporation incorporated in the State of Louisiana, with its principal place of business in New Orleans, Louisiana.

VII.

Complete diversity of citizenship exists among the parties.

VIII.

Article 893 of the Louisiana Code of Civil Procedure prohibits a plaintiff from pleading a specific dollar amount of damages, and as such, Plaintiff does not provide a specific dollar amount in her Petition for Damages.

IX.

When the plaintiff has alleged an indeterminate amount of damages, the removing parties must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. *Manieri v. CR England, Inc.*, 2019 WL 2022535, at *1 (E.D. La. May 8, 2019). "The removing parties may show this by either (1) showing that it is facially apparent that the plaintiff's claim likely exceeds $75,000.00, or (2) setting forth summary judgment type evidence of facts in controversy that support a finding of the jurisdictional amount." *Id.* (citing *Manguno v. Prudential Property and Cas. Ins. Co.*, 276 F. 3d 720, 723 (5th Cir. 2002); *Luckett v. Delta Airlines Inc.*, 171 F. 3d 295, 298 (5th Cir. 1999)).

X.

In her Petition for Damages, the plaintiff alleges that she was involved in a trip-and-fall accident on September 11, 2019 at or around 718 St. Peters Street, in Orleans Parish, Louisiana, and that she sustained serious bodily injuries. She further seeks to recover general and special damages for and including:

      a.)     Physical Pain and suffering – past and future;

      b.)     Mental Pain and Suffering – past and future;

      c.)     Wage loss – past and future;

      d.)     Loss of earning capacity;

      e.)     Mental Anguish;

  f.) Physical impairment and disability;

  g.) Medical expenses – past and future;

  h.) Rehabilitation;

  i.) Loss of Consortium; and

  j.) Loss of Society.

XI.

Based upon the allegations of Plaintiff's Petition for Damages, it is facially apparent that the amount in controversy exceeds $75,000.00, exclusive of interests and costs for this Court to assume jurisdiction over this matter under 28 U.S.C. § 1332.

XII.

Defendants do not admit the underlying facts alleged by Plaintiff and denies liability to Plaintiff.

<b>REMOVAL PROCEDURE</b>

XIII.

All Defendants who have been properly joined and served with Plaintiff's Petition for Damages consent to this removal. This satisfies the requirement that all Defendants who have been properly served with Plaintiff's Petition for Damages affirmatively consent to the removal of this action.

XIV.

This Notice of Removal is filed within thirty (30) days of the receipt by or service of a copy of the Petition for Damages setting forth the claim for relief upon which the action is based.

XV.

Venue is proper within the Eastern District of Louisiana because the matter is being removed from Division "J-15" of Orleans Parish Civil District Court—a court which the Eastern District of Louisiana embraces, and more specifically:

> Hon. D. Nicole Sheppard
> Division "J" – Section 15
> 421 Loyola Avenue, Room 406
> New Orleans, LA 70112

XVI.

Pursuant to 28 U.S.C. § 1447 and LR 3.1, Defendants attach hereto a List of Parties **(Exhibit "A")** and all State Court pleadings filed in this matter **(Exhibit "B")**.

XVII.

Pursuant to 28 U.S.C. § 1446(d), contemporaneous with the filing hereof, undersigned counsel has given notice of the filing of its original Notice of Removal to the Clerk of Court for the Civil District Court for the Parish of Orleans and to the plaintiff, Donna Carr.

## CONCLUSION

Based on the foregoing, Defendants respectfully request that this Court take jurisdiction of this civil action to its conclusion, to the exclusion of any further proceedings in the State Court, in accordance with federal law.

**WHEREFORE**, the defendants, AXIS Surplus Insurance Company and Pat O'Brien's Bar, Inc. pray that this Honorable Court remove this action from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

        Respectfully submitted,

        */s/ Jennifer L. Simmons*

        _____
        **JENNIFER L. SIMMONS (#30060)**
        **JAMIE A. FUTRAL (#38477)**
        **MELCHIODE MARKS KING LLC**
        639 Loyola Avenue, Suite 2550
        New Orleans, Louisiana 70113
        Telephone: (504) 336-2880
        Facsimile: (504) 336-2342
        Email: jsimmons@mmkfirm.com
              jfutral@mmkfirm.com

        ***Counsel for Defendants,***
        ***AXIS Surplus Insurance Company, and***
        ***Pat O'Brien's Bar, Inc.***

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing pleading was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. The foregoing was also filed with the Civil District Court for the Parish of Orleans, State of Louisiana, in which the state civil action was originally filed, in conformity with 28 U.S.C. § 1446(d).

        */s/ Jennifer L. Simmons*
        _____
        **JENNIFER L. SIMMONS**