UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA CARR** | * CIVIL ACTION NO.: |
| | * |
| **VERSUS** | * JUDGE: |
| | * |
| **AXIS SURPLUS INSURANCE COMPANY AND PAT O'BRIEN'S BAR, INC.** | * MAGISTRATE JUDGE: |
| | * |
| | * |
| | * |

\* \* \* \* \* \* \* \*

## EXHIBIT A - LIST OF PARTIES

1. **Donna Carr – Plaintiff's Counsel:**
   Megan C. Kiefer (#32882)
   Nat G. Kiefer, Jr. (#1461)
   2310 Metairie Road
   Metairie, LA 70001
   Phone: (504) 828-3313
   Fax: (504) 828-0024
   Email: megan@kieferlaw.com; nkief@kieferlaw.com

2. **AXIS Surplus Insurance Company – Defendant's Counsel:**
   Jennifer L. Simmons (#30060)
   Jamie A. Futral (#38477)
   Melchiode Marks King LLC
   639 Loyola Avenue, Suite 2550
   New Orleans, Louisiana 70113
   Telephone: (504) 336-2880
   Facsimile: (504) 336-2342
   Emails: jsimmons@mmkfirm.com; jfutral@mmkfirm.com

3. **Pat O'Brien's Bar, Inc. – Defendant's Counsel:**
   Jennifer L. Simmons (#30060)
   Jamie A. Futral (#38477)
   Melchiode Marks King LLC
   639 Loyola Avenue, Suite 2550
   New Orleans, Louisiana 70113
   Telephone: (504) 336-2880
   Facsimile: (504) 336-2342
   Emails: jsimmons@mmkfirm.com; jfutral@mmkfirm.com