UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA CARR** | * CIVIL ACTION NO.: |
| | * |
| **VERSUS** | * JUDGE: |
| | * |
| **AXIS SURPLUS INSURANCE COMPANY** | * MAGISTRATE JUDGE: |
| **AND PAT O'BRIEN'S BAR, INC.** | * |
| | * |
| | * |

\* \* \* \* \* \* \* \*

### LIST OF DOCUMENTS INCLUDED IN STATE COURT RECORD

1. Petition for Damages and Request for Notice

2. Citation issued to Pat O'Brien's Bar, Inc.

3. Letter requesting Service on Pat O'Brien's Bar, Inc.

4. Citation issued to AXIS Surplus Insurance Company

5. Citation issued to Pat O'Brien's Bar, Inc. – Defendant's

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing documents, attached hereto, constitute the entire State Court record.

_____
**JENNIFER L. SIMMONS**

**EXHIBIT B**

2020-06322
J
Section 15
FILED
2020 JUL 29  P 03:04
CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.:                                                             DIVISION " "

### DONNA CARR

### VERSUS

### AXIS SURPLUS INSURANCE COMPANY AND PAT O'BRIEN'S BAR, INC.

FILED:_____     _____
                                                          **DEPUTY CLERK**

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes petitioner, Donna Carr, of full age of majority and resident of the State of Florida, who with respect represents:

### I.

Named Defendants herein are Pat O' Brien's Bar, Inc., a foreign corporation authorized to do and doing business in Orleans Parish, and Axis Surplus Insurance Company, who is the insurer of Defendant, Pat O' Brien's Bar, Inc.; (hereinafter, collectively referred to as "Defendants"). Defendants are justly and truly liable onto your petitioner, Donna Carr jointly, severally and *in solido* for such damages as are reasonable, including but not limited to, damages for past and future physical pain and suffering, past and future mental pain and suffering, mental anguish, physical impairment and disability, past and future medical expenses and rehabilitation expenses, past and future loss wages, loss of earning capacity, loss of services, loss of society, and loss of enjoyment of life, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, from the date of judicial demand until paid, and for all costs of these proceedings, for the following, to-wit:

E-Filed

VERIFIED
Christine Thrift
2020 AUG 03   A 10:56

**J**

Section 15

2020 JUL 29  P 03:04
FILED
CIVIL
DISTRICT COURT

## II.

Your petitioner, Donna Carr is, and at all times relevant herein, was a resident of the State of Florida.

## III.

On or around September 11, 2019, your petitioner, Donna Car, was a patron at Pat O'Briens, located at 718 St. Peters Street, in Orleans Parish, LA, when she tripped down a steps due to a failure in its construction, design, lack of maintenance, poor lighting, and/or lack of warning.

## IV.

The condition of the stairs presented an unreasonable dangerous condition due to the fault and negligence of Defendant, Pat O' Brien's Bar, Inc.

## V.

On information and belief, at all times relevant herein, Defendant, Pat O' Brien's Bar, Inc., were the owners of the building located at 718 St. Peters Street as well as the operators of the bar "Pat O'Brien's" which is located on the premises.

## VI.

As the owner of the building and operator of the bar, Defendant, Pat O' Brien's Bar, Inc., had a duty to ensure the premises were safe and free of dangerous conditions and a duty to warn should conditions be dangerous.

## VII.

Defendant, Pat O' Brien's Bar, Inc. breached that duty by causing to exist and allowing to exist an unreasonably dangerous condition and unreasonable risk of harm on Defendants' premises and failed to warn its invitees of same, causing or contributing to the accident, injuries and damages complained of herein.

2

2020-6320
FILED
J
Section 15
2020 JUL 29  P 03:04
CIVIL
DISTRICT COURT

## VIII.

Defendant, Pat O' Brien's Bar, Inc., knew or in the exercise of reasonable care, should have known of the dangerous condition and unreasonable risk of harm on Defendants' premises, which caused the damage to Petitioner and could have prevented the damage by the exercise of reasonable care which Defendant failed to exercise.

## IX.

There were not adequate warning signs or other warnings indicating that a dangerous and unreasonable condition on the ground.

## X.

Plaintiff pleads the doctrine of *res ipsa*.

## XI.

Plaintiff pleads specifically violations of the Civil Code article 2322 and 2317.

## XII.

Petitioner is free of fault and did not contribute to the subject accident in any way; rather, it was caused by the strict liability, negligence and/or fault on the part of Defendants and its employees, agents or assigns, which negligence and/or fault includes, but is not limited to, the following non-exclusive particulars:

(A) The condition of the stairs at the time of the subject accident presented an unreasonable risk of harm which was caused by the defective and negligent construction and/or maintenance by Defendant;

(B) The condition of the steps, lighting, and/or layout of the bar area at the time of the subject accident presented an unreasonable risk of harm which was reasonably foreseeable to Defendant;

(C) Defendant either created or had actual constructive notice of the unreasonably dangerous condition of the ground area which caused the subject accident prior to its occurrence;

(D) In creating and maintaining the condition of the stairs which Defendant

FILED
2020 JUL 29 P 03:04
CIVIL DISTRICT COURT
J
Section 15

knew or should have known was inherently dangerous, unsafe and hazardous;

    (E)    Defendant failed to properly warn its patrons, guests, and residents of the dangerous condition of the stairs;

    (F)    Permitting a dangerous, unsafe and hazardous condition, to exist after Defendant created the condition and/or clearly had reasonable notice and knowledge of same;

    (G)    In failing to warn its patrons of the dangerous, unsafe and/or hazardous condition of the steps which was created by Defendant and/or Defendant clearly had reasonable knowledge thereof;

    (H)    Failing to maintain and inspect the steps on the Defendants' premises in a safe condition for use by Defendants' residents, guests, and patrons;

    (I)    Defendant failed to have effective and adequate inspection, inspection procedures so that the steps would be safe and thereby not pose a dangerous and unreasonable risk of harm to its guests;

    (J)    Defendant failed to have proper lighting to illuminate the steps;

    (K)    Any and all other acts of negligence, omission, and/or fault to be proven at the trial of this matter.

### XIII.

At all relevant times herein, Axis Surplus Insurance Company issued a policy of insurance to Defendant, Pat O' Brien's Bar, Inc., which covers the damages complained of herein.

### XIV.

As a result of the negligence and/or fault on the part of Defendant, Petitioner, Donna Carr, sustained injuries and damages.

WHEREFORE, petitioner, Donna Carr, prays that Defendants, be cited and served with a copy of this Petition and after all legal delays and proceedings be had, there be judgment rendered herein in favor of your petitioners and against Defendant, and that Defendant be held jointly, severally and *in solido* for such damages as are reasonable in the premises, including but not limited to; damages for past and future

4

Case 2:20-cv-02543-GGG-MBN   Document 1-2   Filed 09/18/20   Page 6 of 14

2020632 J Section 15

FILED
2020 JUL 29  P 03:04
CIVIL
DISTRICT COURT

physical pain and suffering, past and future mental pain and suffering, past and future wage loss, loss of earning capacity, mental anguish, physical impairment and disability, past and future medical expenses, rehabilitation, loss of consortium, and loss of society, together with legal interest thereon from date of judicial demand until pain and for all costs of these proceedings. Petitioner further prays for all general and equitable relief.

Respectfully submitted,

**KIEFER & KIEFER**

MEGAN C. KIEFER (Bar No. 32882)
NAT G. KIEFER, JR. (Bar No. 1461)
2310 Metairie Road
Metairie, LA 70001
Telephone: (504) 828-3313
Facsimile: (504) 828-0024


**PLEASE SERVE**

**PAT O'BRIEN'S BAR, INC.**
through its agent for service of process
Shelly Waguespack
718 St. Peter Street
New Orleans, LA 70116

**AXIS SURPLUS INSURANCE COMPANY**
*hold service at this time*

Case 2:20-cv-02543-GGG-MBN Document 1-2 Filed 09/18/20 Page 7 of 14

2020-06327 J
Section 15

FILED
2020 JUL 29 P 03:04
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.: DIVISION " "

**DONNA CARR**

**VERSUS**

**AXIS SURPLUS INSURANCE COMPANY AND PAT O'BRIEN'S BAR, INC.**

FILED:_____    _____
                                              **DEPUTY CLERK**

## REQUEST FOR NOTICE

In accordance with LSA-C.C.P. Article 1572, you are requested to give plaintiff, Donna Carr, written notice by mail ten (10) days in advance of the date fixed for the trial or hearing of this case, whether on exceptions, motions, rules or the merits. We also request immediate notice of all orders of judgments, whether interlocutory or final, made or rendered, in this case upon the rendition thereof as provided by LSA-C.C.P. Articles 1913 and 1914, including notice of judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

Respectfully submitted,

**KIEFER & KIEFER**

_____
MEGAN C. KIEFER (#32882)
NAT G. KIEFER, JR. (#1461)
2310 Metairie Road
Metairie, Louisiana 70001
Telephone: (504) 828-3313
Facsimile: (504) 828-0024

ATTORNEY'S NAME:   Kiefer, Megan C 32882
AND ADDRESS:   2310 Metairie Road , Metairie, LA 70001

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-06317        DIVISION: J        SECTION: 15

**DONNA CARR**

Versus

**AXIS SURPLUS INSURANCE COMPANY ET AL**

## CITATION

TO:  PAT O'BRIEN'S BAR INC.
THROUGH:  ITS AGENT FOR SERVICE OF PROCESS SHELLY WAGUESPACK
718 ST. PETER STREET, NEW ORLEANS, LA 70116

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 11, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
d'Elegance Jenkins, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within | On this ____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON  PAT O'BRIEN'S BAR INC. | ON  PAT O'BRIEN'S BAR INC. |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS SHELLY WAGUESPACK | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS SHELLY WAGUESPACK |
| Returned the same day No. ____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said PAT O'BRIEN'S BAR INC. being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. ____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER    RETURN | |
| ____ / _____ / ____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10509917        Page 1 of 1

ATTORNEY'S NAME: Kiefer, Megan C 32882
AND ADDRESS: 2310 Metairie Road , Metairie, LA 70001

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-06317          DIVISION: J          SECTION: 15

**DONNA CARR**

Versus

**AXIS SURPLUS INSURANCE COMPANY ET AL**

## CITATION

TO:      PAT O'BRIEN'S BAR INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS SHELLY WAGUESPACK
         718 ST. PETER STREET, NEW ORLEANS, LA 70116

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 11, 2020**

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                              **The Civil District Court**
**New Orleans, LA**                                **for the Parish of Orleans**
                                                   **State of LA**
                                                   by /s/ d'Elegance Jenkins, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON **PAT O'BRIEN'S BAR INC.** | ON **PAT O'BRIEN'S BAR INC.** |
| THROUGH: **ITS AGENT FOR SERVICE OF PROCESS SHELLY WAGUESPACK** | THROUGH: **ITS AGENT FOR SERVICE OF PROCESS SHELLY WAGUESPACK** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **PAT O'BRIEN'S BAR INC.** being absent from the domicile at time of said service. |
| No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10509917          Page 1 of 1

# KIEFER & KIEFER

Attorneys at Law
2310 Metairie Road
Metairie, Louisiana 70001
Phone: (504) 828-3313    Facsimile (504) 828-0024

Nat G. Kiefer*
nkief@kieferlaw.com
Kris P. Kiefer
Kris@kieferlaw.com
Megan C. Kiefer
megan@kieferlaw.com
*A Professional Law Corporation

Chris M. Short
cshort@kieferlaw.com
Amanda G. Morse
amanda@kieferlaw.com
Louis H. Thomas, III
louis@kieferlaw.com
Nat G. Kiefer (1939-1985)

August 24, 2020

**By Hand**
Civil District Court, Parish of Orleans
421 Loyola Avenue - Room 201
New Orleans, LA 70112



FILED AUG 31 2020 CLERKS OFFICE CIVIL DISTRICT COURT

　　　　RE:　Donna Carr v. Axis Surplus Insurance Company et. al.
　　　　　　CDC No.: 2020-6317 Div. "J"
　　　　　　Our File No. 19-0144

Dear Clerk:

　　　Attached please find a copy of our client's Petition for Damages. The serving officer certified that he was unable to serve Defendant, Pat O' Briens, Inc. due to the fact that it was closed due to COVID. Accordingly, pursuant to Louisiana Code of Civil Procedures article 1267, Plaintiff requests service be made personally on the Secretary of State.

Please issue citation and service on Pat O'Brien's Bar, Inc. as follows:

　　　　Pat O'Brien's Bar, Inc.
　　　　Through their agent for Service of Process
　　　　Louisiana Secretary of State
　　　　8585 Archives Ave
　　　　Baton Rouge, LA 70809

　　　If you have any questions concerning the above, please do not hesitate to contact me.

　　　　　　　　　　Very truly yours,

　　　　　　　　　　Danielle Maggio
　　　　　　　　　　Paralegal to MEGAN C. KIEFER

Enclosure

Jaylen Williams
VERIFIED
9/03/2020

ATTORNEY'S NAME: Kiefer, Megan C 32882
AND ADDRESS: 2310 Metairie Road, Metairie, LA 70001

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-06317     DIVISION: J     SECTION: 15

**DONNA CARR**

Versus

**AXIS SURPLUS INSURANCE COMPANY ET AL**

### CITATION

TO:     AXIS SURPLUS INSURACE COMPANY

THROUGH:     THEIR ATTORNEY OF RECORD JENNIFER L. SIMMONS

MELCHIODE MARKS KING, LLC, 639 LOYOLA AVENUE, SUITE 2550, NEW ORLEANS, LA 70113

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA September 3, 2020

Clerk's Office, Room 402, Civil Courts      CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue      The Civil District Court
New Orleans, LA      for the Parish of Orleans
     State of LA
     by _____
     Tayler Williams, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within | On this ____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON AXIS SURPLUS INSURANCE COMPANY | ON AXIS SURPLUS INSURACE COMPANY |
| THROUGH: THEIR ATTORNEY OF RECORD JENNIFER L. SIMMONS | THROUGH: THEIR ATTORNEY OF RECORD JENNIFER L. SIMMONS |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **AXIS SURPLUS INSURACE COMPANY** being absent from the domicile at time of said service. |
| No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| / ENTERED / | No. _____ |
| PAPER     RETURN | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

ID: 10524671      Page 1 of 1

ATTORNEY'S NAME: Kiefer, Megan C 32882
AND ADDRESS: 2310 Metairie Road, Metairie, LA 70001

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2020-06317 | DIVISION: J | SECTION: 15 |
|---|---|---|

**DONNA CARR**

**Versus**

**AXIS SURPLUS INSURANCE COMPANY ET AL**

### CITATION

TO: AXIS SURPLUS INSURACE COMPANY

THROUGH: THEIR ATTORNEY OF RECORD JENNIFER L. SIMMONS

MELCHIODE MARKS KING, LLC, 639 LOYOLA AVENUE, SUITE 2550, NEW ORLEANS, LA 70113

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA September 3, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
by *Tayler Williams*
**Tayler Williams, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON AXIS SURPLUS INSURACE COMPANY | ON AXIS SURPLUS INSURACE COMPANY |
| THROUGH: THEIR ATTORNEY OF RECORD JENNIFER L. SIMMONS | THROUGH: THEIR ATTORNEY OF RECORD JENNIFER L. SIMMONS |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **AXIS SURPLUS INSURANCE COMPANY** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER       RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10524671                    Page 1 of 1

ATTORNEY'S NAME: Kiefer, Megan C 32882
AND ADDRESS: 2310 Metairie Road, Metairie, LA 70001

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-06317   DIVISION: J   SECTION: 15

**DONNA CARR**

Versus

**AXIS SURPLUS INSURANCE COMPANY ET AL**

### CITATION

TO: PAT O'BRIEN'S BAR INC.

THROUGH: THEIR AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA September 11, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Tayler Williams, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this ____ day of _____ ____ served a copy of the within
PETITION FOR DAMAGES
ON PAT O'BRIEN'S BAR INC.
THROUGH: THEIR AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE

Returned the same day
No. _____
Deputy Sheriff of _____
Mileage: $ _____

____/ ENTERED /____
PAPER   RETURN
____/_____/____
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this ____ day of _____ ____ served a copy of the within
PETITION FOR DAMAGES
ON PAT O'BRIEN'S BAR INC.
THROUGH: THEIR AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said PAT O'BRIEN'S BAR INC. being absent from the domicile at time of said service.

Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 10525510   Page 1 of 1

ATTORNEY'S NAME: Kiefer, Megan C 32882
AND ADDRESS: 2310 Metairie Road, Metairie, LA 70001

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-06317   DIVISION: J   SECTION: 15

**DONNA CARR**

Versus

**AXIS SURPLUS INSURANCE COMPANY ET AL**

## CITATION

TO: PAT O'BRIEN'S BAR INC.
THROUGH: THEIR AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA September 11, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
by *Tayler Williams*
**Tayler Williams, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION FOR DAMAGES** | **PETITION FOR DAMAGES** |
| ON PAT O'BRIEN'S BAR INC. | ON PAT O'BRIEN'S BAR INC. |
| THROUGH: THEIR AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE | THROUGH: THEIR AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE |
| Returned the same day No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said PAT O'BRIEN'S BAR INC. being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER    RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10525510   Page 1 of 1