## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA CARR** | *  **CIVIL ACTION NO.:  2:20-cv-02543** |
| | * |
| **VERSUS** | *  **JUDGE GREG GUIDRY** |
| | * |
| **AXIS SURPLUS INSURANCE NORTH COMPANY AND PAT O'BRIEN'S BAR, INC.** | *  **MAGISTRATE JUDGE** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Donna Carr, who respectfully submits this Motion to Remand and requests that this Honorable Court remand this matter to state court, as Defendants' Notice of Removal, filed on September 18, 2020 was improper because the local defendant rule set forth in § 28 U.S.C. 1441(b). Wherefore Plaintiff moves this Honorable Court to grant his Motion to Remand based on the foregoing and for the reasons more fully set forth in Plaintiff's Memorandum in Support of Motion to Remand.

Respectfully submitted,

**KIEFER & KIEFER**

/*s/ Megan C. Kiefer*
MEGAN C. KIEFER (Bar No. 32882)
NAT G. KIEFER, JR. (Bar No. 1461)
2310 Metairie Road
Metairie, LA 70001
Telephone:    (504) 828-3313
Facsimile:     (504) 828-0024

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion to Remand was this day forwarded to all counsel through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, via facsimile transmission and/or via email transmission.

Metairie, Louisiana, the 6th day of October 2020.

/s/ Megan C. Kiefer
MEGAN C. KIEFER, ESQ. No. 32882